UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| TIMOTHY DOUGLAS DORSEY | ) | |
| DANA EMILY DORSEY | ) | CASE NO. R10-41459-MGD |
| | ) | |
| DEBTOR(S) | ) | |

## NOTICE OF INTENT TO PAY LATE-FILED CLAIM

Comes now, Mary Ida Townson, Chapter 13 Trustee, in the above styled case and files herewith her **NOTICE OF INTENT TO PAY LATE-FILED CLAIM**. The following proof of claim was filed after the bar date set forth in the Notice of Commencement of Case issued in this Chapter 13 case.

| Name and Address of Creditor | Claim Amount | Classification |
|---|---|---|
| CARMEN CURRAN<br>C/O CHILD SUPT REC<br>645 HENDERSON DR<br>CARTERSVILLE, GA 30120-3739 | $748.00<br><br>PLUS INTEREST @ 0.00 | DOMESTIC<br>SUPPORT<br>ARREARAGE |

**Please be advised that the Chapter 13 Trustee shall fund this claim, pursuant to the terms of the confirmed plan, unless an objection to claim is filed with the Clerk of Court and served on affected parties and the Chapter 13 Trustee within twenty (20) days of the date of this notice. The allowance of this claim does not affect the right of the Debtor(s) or Debtor(s)' attorney to object to the substance of the claim. PLEASE GOVERN YOURSELVES ACCORDINGLY.**

/S/
MARY IDA TOWNSON,TRUSTEE
State Bar No. 715063
100 PEACHTREE STREET, SUITE 2700
ATLANTA, GA 30303
(404) 525-1110

## CERTIFICATE OF SERVICE

R10-41459-MGD

This is to Certify that I have this day served

>TIMOTHY DOUGLAS DORSEY
>171 FARMINGTON DR. SE
>CALHOUN, GA  30701

>DANA EMILY DORSEY
>171 FARMINGTON DR. SE
>CALHOUN, GA  30701

>FULLER & MCKAY
>P.O. BOX 1654
>ROME, GA  30162-1654

>CARMEN CURRAN
>C/O CHILD SUPT REC
>645 HENDERSON DR
>CARTERSVILLE, GA  30120-3739

with a copy of the foregoing Notice of Intent to Pay Late-Filed Claim by depositing in the

United States Mail a copy of same in a properly addressed envelope with adequate postage

thereon.

DATED: 6/23/2011

/S/
_____
MARY IDA TOWNSON,TRUSTEE
100 PEACHTREE STREET, SUITE 2700
ATLANTA, GA  30303
(404) 525-1110
